IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

CRYSTAL WALKER, *on behalf of herself
and all similarly situated individuals*
        Plaintiff,

v.                                          Civil Action No. 3:21cv306

REALPAGE, INC.,
        Defendant.

## FINAL ORDER

On August 25, 2021, the parties filed a stipulation of dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (ECF No. 8.) The Court acknowledges this voluntary dismissal and DIRECTS the Clerk to close this case. The Court retains jurisdiction to enforce the settlement of the parties in this case.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: 27 August 2021
Richmond, VA

/s/
John A. Gibney, Jr.
United States District Judge